# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Grahams Construction, Inc. ) ASBCA Nos. 60991, 61386
)
Under Contract No. 7300058246 )

APPEARANCES FOR THE APPELLANT: Lawrence J. Sklute, Esq.
Sklute & Associates
Potomac, MD

Eric N. Heyer, Esq.
Joseph R. Berger, Esq.
Thompson Hine LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Jeremy D. Burkhart, JA
Trial Attorney

## ORDER OF DISMISSAL

The parties have filed a joint motion dated September 18, 2018 to dismiss these appeals without prejudice pursuant to Board Rule 18(b) for a period of no less than one year to permit settlement discussions to continue.

Accordingly, the appeals are dismissed without prejudice under Board Rule 18(b). Unless either party or the Board acts within one year to reinstate the appeals, the dismissals shall be deemed with prejudice.

Dated: October 18, 2018

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60991, 61386, Appeals of Grahams Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
